# United States Court of Appeals for the Fifth Circuit

No. 22-10411
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
November 1, 2022

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Deante Marqukeist Lawrence,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:21-CR-212-1

Before King, Higginson, and Willett, *Circuit Judges*.

Per Curiam:*

The attorney appointed to represent Deante Marqukeist Lawrence has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Lawrence has not filed a response. We have reviewed

---

* Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

There is, however, a clerical error in the judgment. Lawrence was convicted under 18 U.S.C. § 922(g)(1) and sentenced under 18 U.S.C. § 924(e)(1), but the judgment incorrectly identifies the statutory penalty provision as § 924(a)(2). Accordingly, in accordance with Federal Rule of Criminal Procedure 36, we REMAND for the limited purpose of correcting the clerical error in the written judgment. *See United States v. Powell*, 354 F.3d 362, 371-72 (5th Cir. 2003).